Maija Olivia (SBN 243856)
  *mxo@manningllp.com*
Farouk G.S. Mansour (SBN 311228)
  *fgm@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
19800 MacArthur Blvd, Suite 900
Irvine, California 92612
Telephone: (949) 440-6690
Facsimile: (949) 474-6991

Attorneys for Defendants
THE NEIMAN MARCUS GROUP LLC (erroneously named as THE NEIMAN MARCUS GROUP, LLC) and NEIMAN MARCUS GROUP, INC (erroneously named as THE NEIMAN- MARCUS GROUP, INC.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STEVENS, a minor by and through his guardian ad litem, TANYA BROWN, <br><br> Plaintiff, <br><br> v. <br><br> THE NEIMAN-MARCUS GROUP, INC., a business entity form unknown; THE NEIMAN MARCUS GROUP, LLC, a business entity form unknown, and DOES 1 to 50, Inclusive, <br><br> Defendants. | USDC CASE NO.: <br><br> LASC CASE NO.: 19STCV01917 <br><br> **1. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)] (DIVERSITY) and §1446** <br><br> **2. DECLARATION OF MAIJA OLIVIA** <br><br> **3. DECLARATION OF MICHAEL SULLIVAN** <br><br> Complaint Filed: April 12, 2019 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendants THE NEIMAN MARCUS GROUP LLC (erroneously named as THE NEIMAN MARCUS GROUP, LLC) and NEIMAN MARCUS GROUP, INC. (erroneously named as THE NEIMAN-MARCUS GROUP, INC.) (hereinafter collectively referred to as "Defendants" or "Neiman Marcus") hereby remove this matter to the United States District Court for

the Central District of California, pursuant to 28 U.S.C. §§ 1441(b), and 1446.  The grounds for removal are as follows:

1.    On January 22, 2019, Plaintiff James Stevens, a minor by and through his guardian ad litem, Tanya Brown ("Plaintiff") commenced an action in the Superior Court of the State of California in and for the County of Los Angeles, entitled *James Stevens, a minor by and through his guardian ad litem, Tony Brown v. The Neiman-Marcus Group, Inc., et. al.,* Case Number 19STCV01917 (the "Action").

2.    Neiman Marcus first received a copy of said Complaint on May 10, 2019, when a copy of said Complaint and Summons was personally served through the registered agent of process, CT Corporation on The Neiman Marcus Group LLC. Neiman Marcus Group, Inc. was served said Complaint and Summons by certified mail on our registered agent of process, CT Corporation on May 10, 2019. Defendants removal of this action is timely because they are removing this matter within 30 days of completion of Service of the Complaint.  *See* 28 U.S.C. § 1446(b).

3.    In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are true and correct copies of all process and pleadings in this action, including Plaintiff's Summons and Complaint, Statement of Damages and Proofs of Service. Attached hereto as Exhibit "B" is a true and correct copy of Defendants' Answer to the Complaint.

4.    Pursuant to 28 U.S.C. § 1446(d), Defendants promptly will provide written notice of removal of the Action to Plaintiff, and promptly will file a copy of this Notice of Removal with the clerk of the Superior Court of the State of California, County of Los Angeles.

5.    Plaintiff filed this case in the Superior Court of California, County of Los Angeles; therefore, this case may properly be removed to the Southern Division of Central District of California.  *See* 28 U.S.C. § 1441(a).

6.    There is a sufficient basis for removal jurisdiction on diversity grounds

1 because there is complete diversity of citizenship between the parties and the
2 amount in controversy between Plaintiff and Defendants exceeds $75,000 exclusive
3 of costs and interest.  *See* 28 U.S.C. § 1332(a); §1441(b).

4     7.  For purposes of diversity jurisdiction, a limited liability company is a
5 citizen of all the states of which its owners/members are citizens.  A corporation is
6 deemed a citizen of all of every state by which it has been incorporated and the state
7 where it has its principal place of business.  *See* 28 U.S.C. §1332(c).

8     8. Defendant, The Neiman Marcus Group LLC, is a limited liability
9 company under the laws of the State of Delaware, whose sole member is Neiman
10 Marcus Group LTD LLC, a limited liability company under the laws of the State of
11 Delaware.  Neiman Marcus Group LTD LLC's sole member is Mariposa
12 Intermediate Holdings LLC, a limited liability company under the laws of the State
13 of Delaware.  Mariposa Intermediate Holdings LLC's sole member is Neiman
14 Marcus Group, Inc. (f/k/a NM Mariposa Holdings, Inc.).  Defendant Neiman
15 Marcus Group, Inc. (f/k/a NM Mariposa Holdings, Inc.) is a Delaware corporation
16 with its headquarters and principal place of business in the State of Texas.
17 Defendant, Neiman Marcus Group, Inc.(f/k/a NM Mariposa Holdings, Inc.'s)
18 executive, administrative, financial, and management functions are concentrated in
19 Dallas, and the company's officers direct, control and coordinate Neiman Marcus
20 Group, Inc.'s (f/k/a NM Mariposa Holdings, Inc.'s) activities from Dallas, Texas.
21 (Declaration of Michael Sullivan, ¶2.)  In actions removed from state court on
22 diversity grounds, the citizenship of fictitious defendants "shall be *disregarded*."
23 *See* 28 U.S.C. §1441(a).

24     9.  Upon information and belief, Plaintiff was a citizen of Minnesota, and
25 still is a citizen of Minnesota.

26     10.  As such, there is a complete diversity of citizenship of the parties to
27 this action.

28     11.  The amount in controversy between Plaintiff and Defendants exceeds

1 $75,000. *See* Plaintiff's Statement of Damages, reflect claimed damages in excess of $2,000,000. A true and correct copy of Plaintiff's Statement of Damages is attached hereto as Exhibit "A".

12. As the parties are citizens of different states and the amount in controversy is in excess of $75,000, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

13. The undersigned certifies Defendants have consented to the removal of this action from the Superior Court of the State of California, County of Los Angeles to the Southern Division of Central District of California.

14. By removing the action to this Court, Defendants do not waive any defenses, objections, or motions available to them under State or Federal Law.

Dated: June 7, 2019

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:_____
    Maija Olivia
    Farouk G.S. Mansour
    Attorneys for Defendants,
    The Neiman Marcus Group LLC
    (erroneously named as The Neiman
    Marcus Group, LLC) and Neiman
    Marcus Group, Inc. (erroneously
    named as The Neiman-Marcus
    Group, Inc.)

# DECLARATION OF MAIJA OLIVIA

I, Maija Olivia, declare as follows:

1.  I am an attorney at law duly licensed to practice in the courts of the State of California and in the United States District Courts of the Central District of California. I am an attorney in the firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants The Neiman Marcus Group LLC (erroneously named as The Neiman Marcus Group, LLC) and Neiman Marcus Group, Inc. (erroneously named as The Neiman-Marcus Group, Inc.) ("Defendants" or "Neiman Marcus"). I have personal knowledge of the matters stated herein and, if called upon to testify as a witness, I could and would competently testify thereto.

2.  This Declaration is submitted in support of Neiman Marcus' Notice of Removal of Action Under 28 U.S.C. §§ 1441(b) and 1446.

3.  On January 22, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *James Stevens, a minor by and through his guardian ad litem, Tony Brown v. The Neiman-Marcus Group, Inc., et. al.,* Case Number 19STCV01917 (the "Action"). A true and correct copy of the Complaint is attached hereto as Exhibit "A."

4.  Neiman Marcus first received a copy of said Complaint on May 10, 2019, when a copy of said Complaint and Summons was personally served through the registered agent of process, CT Corporation on The Neiman Marcus Group LLC. Neiman Marcus Group, Inc. was served said Complaint and Summons by certified mail on our registered agent of process, CT Corporation on May 10, 2019. A true and correct copy of the Proofs of Service are attached hereto as Exhibit "A."

5.  Plaintiff served a Statement of Damages along with the Complaint on May 10, 2019. Said Statement of Damages reflects Plaintiff seeks damages in excess of $2,000,000. A true and correct copy of the Statement of Damages is attached hereto as Exhibit "A."

6.  On June 7, 2019, Defendants filed their Answer to the Complaint. A

true and correct copy of Defendants' Answer is attached as Exhibit "B."

7. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Neiman Marcus pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 dollars, exclusive of interest and costs.

8. The other defendants in this action are fictitiously named.

9. This Notice of Removal is filed with this Court within 30 days after Neiman Marcus was served with Plaintiff's Complaint. *See* Exhibit "A."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of June, 2019, at Irvine, California.

_____
Maija Olivia

## DECLARATION OF MICHAEL SULLIVAN

I, Michael Sullivan, declare as follows:

1. I am a corporate representative of The Neiman Marcus Group LLC (erroneously named as The Neiman Marcus Group, LLC). I have personal knowledge of the matters stated herein and, if called upon to testify as a witness, I could and would competently testify thereto.

2. Defendant, The Neiman Marcus Group LLC, is a limited liability company under the laws of the State of Delaware, whose sole member is Neiman Marcus Group LTD LLC, a limited liability company under the laws of the State of Delaware. Neiman Marcus Group LTD LLC's sole member is Mariposa Intermediate Holdings LLC, a limited liability company under the laws of the State of Delaware. Mariposa Intermediate Holdings LLC's sole member is Neiman Marcus Group, Inc. (f/k/a NM Mariposa Holdings, Inc.). Defendant Neiman Marcus Group, Inc. (f/k/a NM Mariposa Holdings, Inc.) is a Delaware corporation with its headquarters and principal place of business in the State of Texas. Defendant, Neiman Marcus Group, Inc.'s (f/k/a NM Mariposa Holdings, Inc.'s) executive, administrative, financial, and management functions are concentrated in Dallas, and the company's officers direct, control and coordinate Neiman Marcus Group, Inc.'s (f/k/a NM Mariposa Holdings, Inc.'s) activities from Dallas, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of June, 2019, at Dallas, Texas.

_____
Michael Sullivan

1

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) AND 1446; DECLARATION OF MAIJA OLIVIA; DECLARATION OF MICHAEL SULLIVAN; CIVIL CASE COVER SHEET AND NOTICE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Neil S. Steiner, Esq.<br>STEINER & LIBO, PC<br>433 N. Camden Drive, Ste. 730<br>Beverly Hills, CA 90210<br>T: (310) 273-7778<br>F: (310) 273-7679 | Attorney for Plaintiff<br>JAMES STEVENS, a minor by and through his guardian ad litem, TANYA BROWN |

**E-MAIL**: I also certify the document and a copy of the Notice of Electronic Filing was served via email on the following non-CM/ECF participants:

Neil S. Steiner, Esq.
STEINER & LIBO, PC
steinlibo@aol.com

**U.S. MAIL**: I further certify that I served a true copy of the document by depositing it in the United Sates Mail in a sealed envelope with the postage thereon fully prepaid on the following non-CM/ECF participants:

Neil S. Steiner, Esq.
STEINER & LIBO, PC
433 N. Camden Drive, Ste. 730
Beverly Hills, CA 90210
T: (310) 273-7778
F: (310) 273-7679

/s/ *Lily Coffin*
Lily Coffin